IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARLENE HARJO,

        Plaintiff,

v.

CITY OF ALBUQUERQUE,

        Defendant.

No. 1:16-cv-01113-JB-JHR

**PLAINTIFF'S NOTICE OF SETTLEMENT OF ATTORNEYS' FEES AND COSTS**

Plaintiff Arlene Harjo respectfully submits this notice of settlement of attorneys' fees and costs:

1.    This Court entered final judgment in this matter on August 17, 2018. (ECF No. 111.)

2.    On September 7, 2018, this Court entered an order allowing Plaintiff to file her Motion for Attorneys' Fees and Costs 30 days after the deadline for Defendant to file its Notice of Appeal. (ECF No. 113.)  This Court subsequently extended that date to January 14, 2019. (ECF No. 118.)

3.    The parties have now resolved Plaintiff's claims for attorneys' fees and costs by mutual agreement.  Defendant has satisfied its obligations under that mutual agreement, and has furthermore remitted to Plaintiff all damages entitled to her under the terms of this Court's judgment.  Accordingly, Plaintiff provides this notice that no further proceedings are necessary regarding either attorneys' fees or costs.

Dated: December 21, 2018.

                                                                Respectfully submitted,

                                                                   /s/ Robert Frommer

                                                                Robert Frommer*
                                                                INSTITUTE FOR JUSTICE
                                                                901 North Glebe Road, Suite 900
                                                                Arlington, VA 22203
                                                                Tel: (703) 682-9320
                                                                Fax: (703) 682-9321
                                                                Email: rfrommer@ij.org

                                                                *  Admitted *Pro Hac Vice*


                                                                Brad Cates
                                                                C. Brad Lane-Cates, Attorney
                                                                P.O. Box 592
                                                                Fairacres, NM 88033
                                                                Tel: (505) 342-1846
                                                                Fax: (575) 647-1997
                                                                Email: brad@bradcates.com

                                                                *Attorneys for Plaintiff Arlene Harjo*


## CERTIFICATE OF SERVICE

    I hereby certify that, on December 21, 2018, I caused the foregoing Notice of Settlement Regarding Attorneys' Fees and Costs to be filed via the Court's ECF system and that the Court's ECF system automatically served counsel for Defendant.

                                                                  /s/ Robert Frommer